ACCEPTED
15-24-00110-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/8/2025 2:09 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00110-CV

**IN THE COURT OF APPEALS FOR THE**
**FIFTEENTH JUDICIAL DISTRICT**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/8/2025 2:09:17 PM
CHRISTOPHER A. PRINE
Clerk

KEN PAXTON, in his official capacity as
Attorney General of Texas, and State of Texas,

*Appellants*,

v.

FIEL Houston, Inc.

*Appellee*.

On Appeal from the 127th Judicial District Court of Harris County, Texas
Cause No. 2024-43394, Hon. Ravi K. Sandill

**APPELLEE'S UNOPPOSED MOTION TO WITHDRAW**
**FATIMA L. MENENDEZ AS COUNSEL IN THE CASE**

Appellee FIEL Houston, Inc. ("Appellee FIEL") respectfully submits this unopposed Motion to withdraw Ms. Fátima L. Menéndez as counsel in this case. Ms. Menéndez ended her employment with the Mexican American Legal Defense and Educational Fund (MALDEF) on April 1, 2025. At MALDEF, Appellee will continue to be represented by Nina Perales and Sabrina Rodriguez.

Accordingly, Appellee respectfully requests leave to withdraw Fátima L. Menéndez as counsel in this case.

1

Dated: April 8, 2025

Respectfully submitted,

By: */s/ Fatima L. Menendez*
Nina Perales
State Bar No. 24005046
Fatima L. Menendez
State Bar No. 24090260
Sabrina Rodriguez
State Bar No. 24119505
Mexican American Legal Defense &
  Educational Fund, Inc. (MALDEF)
110 Broadway, Suite 300
San Antonio, Texas 78205
Telephone: (210) 224-5476
Facsimile: (210) 224-5382
nperales@maldef.org
fmenendez@maldef.org
srodriguez@maldef.org

By: */s/ Carlos R. Soltero*
Carlos R. Soltero
Texas State Bar No. 00791702
MAYNARD NEXSEN
2500 Bee Caves Rd.,
Building 1, Suite 150
Austin, Texas 78746
Telephone (512) 422-1559
Facsimile (512) 359-7996
csoltero@maynardnexsen.com

**ATTORNEYS FOR DEFENDANT-
APPELLEE FIEL HOUSTON, INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on March 31, 2025 counsel for Appellee FIEL Houston, Inc., conferred with Appellants' counsel regarding the instant motion. Counsel for Appellants indicated that they do not oppose the motion.

*/s/ Fatima L. Menendez*
Fatima L. Menendez
Attorney for Appellee FIEL Houston, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was filed and served via the Court's electronic filing system to all counsel of record on April 8, 2025.

*/s/ Fatima L. Menendez*
Fatima L. Menendez
Attorney for Appellee FIEL Houston, Inc.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Carmen Leija on behalf of Fatima Menendez
Bar No. 24090260
cleija@maldef.org
Envelope ID: 99415773
Filing Code Description: Motion
Filing Description: APPELLEE???S UNOPPOSED MOTION TO WITHDRAW FATIMA L. MENENDEZ
Status as of 4/8/2025 2:14 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 4/8/2025 2:09:17 PM | SENT |
| Scott Froman | | scott.froman@oag.texas.gov | 4/8/2025 2:09:17 PM | SENT |
| Ryan Baasch | | ryan.baasch@oag.texas.gov | 4/8/2025 2:09:17 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 4/8/2025 2:09:17 PM | SENT |
| Matthew T.Kennedy | | matt.kennedy@oag.texas.gov | 4/8/2025 2:09:17 PM | SENT |
| Isabel Pina | | ipina@maldef.org | 4/8/2025 2:09:17 PM | SENT |
| Nina Perales | | nperales@maldef.org | 4/8/2025 2:09:17 PM | SENT |
| Sabrina Rodriguez | | srodriguez@maldef.org | 4/8/2025 2:09:17 PM | SENT |
| Carlos Soltero | | csoltero@maynardnexsen.com | 4/8/2025 2:09:17 PM | SENT |
| Carmen Leija | | cleija@maldef.org | 4/8/2025 2:09:17 PM | SENT |
| Fatima L.Menendez | | fmenendez@maldef.org | 4/8/2025 2:09:17 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 4/8/2025 2:09:17 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 4/8/2025 2:09:17 PM | SENT |